GEOFFREY M. RICHARDS  
Bankruptcy Trustee  
P.O. Box 579  
Orinda, CA 94563  
(916) 288-8365  

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| DEAN, PEGGY ANNETTE § | Case No. 14-23526-B-7 |
| § | |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Geoffrey Richards, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 151,695.60                    Assets Exempt: 143,586.58
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,987.97      Claims Discharged
                                                Without Payment: 59,991.62

Total Expenses of Administration: 14,644.89

---

3) Total gross receipts of $ 24,632.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 24,632.86 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 287,723.26 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,644.89 | 14,644.89 | 14,644.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 73,850.00 | 43,291.59 | 43,291.59 | 9,987.97 |
| **TOTAL DISBURSEMENTS** | $ 361,573.26 | $ 57,936.48 | $ 57,936.48 | $ 24,632.86 |

    4) This case was originally filed under chapter 7 on 04/04/2014 . The case was pending for 48 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _03/10/2018_____    By:/s/Geoffrey Richards_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ESTATE OF A DECEDENT | 1249-000 | 23,865.59 |
| ESTATE OF A DECEDENT | 1249-002 | 767.27 |
| **TOTAL GROSS RECEIPTS** | | **$ 24,632.86** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Trustee Services 990 Reserve Drive, Suite 208 Roseville, CA 95678 | | 7,000.00 | NA | NA | 0.00 |
| | Allied Trustee Services 990 Reserve Drive, Suite 208 Roseville, CA 95678 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Cred PO Box Box 542000 Omaha, NE 68154 | | 19,305.00 | NA | NA | 0.00 |
| | Pnc Bank PO Box 3180 Pittsburgh, PA 15230 | | 59,095.00 | NA | NA | 0.00 |
| | Treasurer Tax Collector-County Clerk Charles A. Lomeli 675 Texas Street Ste 1900 Fairfield, CA 94533 | | 1,189.26 | NA | NA | 0.00 |
| | Us Bank Home Mortgage 4801 Frederica St Owensboro, KY 42301 | | 166,980.00 | NA | NA | 0.00 |
| | Us Bank PO Box 5227 Cincinnati, OH 45201 | | 34,154.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 287,723.26 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GEOFFREY RICHARDS | 2100-000 | NA | 3,213.29 | 3,213.29 | 3,213.29 |
| GEOFFREY RICHARDS | 2200-000 | NA | 4.48 | 4.48 | 4.48 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 10.22 | 10.22 | 10.22 |
| Union Bank | 2600-000 | NA | 641.90 | 641.90 | 641.90 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HEFNER, STARK AND MARIOS, LLP | 3210-000 | NA | 10,643.50 | 10,643.50 | 10,643.50 |
| HEFNER, STARK AND MARIOS, LLP | 3220-000 | NA | 131.50 | 131.50 | 131.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,644.89 | $ 14,644.89 | $ 14,644.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Franchise Tax Board Bankruptcy Section, MS A-340 PO Box 2952 Sacramento, CA 95812-2952 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| | United States Attorney Civil Division 450 Golden Gate Avenue San Francisco, CA 94102-3400 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARS National Service, Inc PO Box 463023 Escondido, CA 92046 | | 0.00 | NA | NA | 0.00 |
| | Capital Management Service, LP 698 1/2 South Odgen Street Buffalo, NY 14206 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 16,264.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Equifax- Credit Bureau PO Box 740241 Atlanta, GA 30374 |  | 0.00 | NA | NA | 0.00 |
|  | Experian- Credit Union P.O. Box 9701 Allen, TX 75013 |  | 0.00 | NA | NA | 0.00 |
|  | JCC and Associates Inc PO Box 519 Sauk Rapids, MN 56379 |  | 0.00 | NA | NA | 0.00 |
|  | Mcydsnb 9111 Duke Blvd Mason, OH 45040 |  | 1,732.00 | NA | NA | 0.00 |
|  | TransUnion - Credit Bureau P.O. Box 2000 Chester, PA 19022 |  | 0.00 | NA | NA | 0.00 |
|  | United Recovery System PO Box 722929 ATTN: Mrs. White Houston, TX 77272 |  | 0.00 | NA | NA | 0.00 |
|  | Us Bank PO Box 790084 Saint Louis, MO 63179 |  | 8,692.00 | NA | NA | 0.00 |
|  | Van Ru Credit Corp 11069 Strang Line Rd Bldg E Lenexa, KS 66215 |  | 0.00 | NA | NA | 0.00 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | 1,879.00 | 1,879.74 | 1,879.74 | 433.68 |
| 000002 | DISCOVER BANK | 7100-000 | 4,623.00 | 4,623.99 | 4,623.99 | 1,066.82 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 5,898.00 | 4,667.16 | 4,667.16 | 1,076.78 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 9,438.00 | 9,438.42 | 9,438.42 | 2,177.57 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 16,161.00 | 13,517.09 | 13,517.09 | 3,118.58 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,374.00 | 1,374.94 | 1,374.94 | 317.22 |
| 000003 | US BANK N.A. | 7100-000 | 4,648.00 | 4,648.83 | 4,648.83 | 1,072.55 |
| 000005 | US BANK N.A. | 7100-000 | 3,141.00 | 3,141.42 | 3,141.42 | 724.77 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 73,850.00 | $ 43,291.59 | $ 43,291.59 | $ 9,987.97 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 14-23526    B    Judge: CHRISTOPHER D. JAIME | Trustee Name: Geoffrey Richards |
| Case Name: | DEAN, PEGGY ANNETTE | Date Filed (f) or Converted (c): 04/04/14 (f) |
| | | 341(a) Meeting Date: 05/13/14 |
| For Period Ending: | 03/07/18 | Claims Bar Date: 09/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 84,000.00 | 0.00 | OA | 0.00 | FA |
| Personal Residence: 1953 Manor Pl Num 104 Fairfield CA 94533 | | | | | |
| 2. RENTAL PROPERTY | 130,000.00 | 0.00 | | 0.00 | FA |
| 1201 Glen Cove Parkway #1002 Vallejo, CA 94591 Foreclosed by HOA | | | | | |
| 3. CASH | 29.00 | 0.00 | | 0.00 | FA |
| Cash | | | | | |
| 4. FINANCIAL ACCOUNTS | 25.00 | 0.00 | | 0.00 | FA |
| US Bank Checking Account #6162 | | | | | |
| 5. FINANCIAL ACCOUNTS | 0.64 | 0.00 | | 0.00 | FA |
| US Bank Savings Account #1052 | | | | | |
| 6. FINANCIAL ACCOUNTS | 1.65 | 0.00 | | 0.00 | FA |
| Travis Credit Union Checking Account #8050 | | | | | |
| 7. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| Travis Credit Union Savings Account #8000 | | | | | |
| 8. FINANCIAL ACCOUNTS | 10.11 | 0.00 | | 0.00 | FA |
| US Bancorp Investments Brokerage Account Number: 1307 | | | | | |
| 9. FINANCIAL ACCOUNTS | 101.09 | 0.00 | | 0.00 | FA |
| US Bank Checking Account# 1890 | | | | | |
| 10. HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| Household Goods & Furnishings | | | | | |
| 11. BOOKS / COLLECTIBLES | 700.00 | 0.00 | | 0.00 | FA |
| Books, Music, CD's | | | | | |
| 12. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 13. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Symetra Life Insurance Term Life Policy Number: 6705 Death Benefit: | | | | | |

Filed 03/30/18                           Case 14-23526                                    Doc 97

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-23526 | B | Judge: CHRISTOPHER D. JAIME | Trustee Name: | Geoffrey Richards |
|---|---|---|---|---|---|
| Case Name: | DEAN, PEGGY ANNETTE | | | Date Filed (f) or Converted (c): | 04/04/14 (f) |
| | | | | 341(a) Meeting Date: | 05/13/14 |
| | | | | Claims Bar Date: | 09/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 50,000 | | | | | |
| 14. PENSION / PROFIT SHARING | 64,566.81 | 0.00 | | 0.00 | FA |
| US Bank Retirement 401(k) Savings | | | | | |
| 15. ESTATE OF A DECEDENT | 2,214.88 | 0.00 | | 0.00 | FA |
| Per schedules, settlement with Armstrong World Industries, Inc Asbestos Settlement Trust for client Cornell M Janes Trust Amount: $113,642.52 Net Settlement: $17,046.38 Payees: Susan M Janes (80%) & Peggy Annette Dean (20%). Original payment sent directly to debtor in the amount of $2,214.88 and exempted by debtor. Update 4 15 15 - Remaining payments under settlement estimated to be $55,000 to $180,000 and estate is entitled to 20% of payments less legal expense. Payments administered by Waters & Krauss, LLP. Asbestos claim from various companies in addition to Armstrong World Industries. Trustee valued estimated at $20,000. Debtor has agreed that future payments be directed to estate. Added as separate unscheduled asset. | | | | | |
| 16. VEHICLES | 12,633.00 | 0.00 | | 0.00 | FA |
| 2012 Ford Fusion Sedan 39,000 Miles Good Condition | | | | | |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 18. ESTATE OF A DECEDENT (u) | 0.00 | 20,000.00 | | 24,632.86 | 0.00 |
| 11/21/17. Asset reserved for further administration by court order. Remaining payments under settlement estimated to be $55,000 to $180,000 and estate is entitled to 20% of payments less legal expense. Payments administered by Waters & Krauss, LLP. Asbestos claim from various companies in addition to Armstrong World Industries. Trustee valued estimated at $20,000. Debtor has agreed that future payments be directed to estate. Added as separate unscheduled asset as debtor did | | | | | |

Filed 03/30/18    Case 14-23526    Doc 97

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 14-23526 | B | Judge: CHRISTOPHER D. JAIME | | Trustee Name: | Geoffrey Richards |
| Case Name: | DEAN, PEGGY ANNETTE | | | | Date Filed (f) or Converted (c): | 04/04/14 (f) |
| | | | | | 341(a) Meeting Date: | 05/13/14 |
| | | | | | Claims Bar Date: | 09/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| not disclose other settlements on schedules.<br><br>Update 9/20/16 - Estimated value exceeded by most recent payment. Waters and Krauss LLP has not been able to provide an estimate of future settlments, however it does appear likley that there may be additional funds. | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $295,282.18         $20,000.00                              $24,632.86         $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Update 9 14 17 - Decision made to move forward with case closing but reserve asset for any significant payments.

Update 4/25/17 - Even after checking with Waters and Kraus, who informed me that no payments were pending, just a week later, 2 additional payments totaling $1,932.00 were received in March 2017.   We will wait for another 6 months to determine if additional payments might be pending.  Estimated TFR date revised again to 12/30/17

Update 9 /15/16  Additional partial payment of $5,354.29 received.  Still unable to quantify possible future payment streams. Will continue to monitor for future payments and should no payments be made for 6 months, will consider closing case but reserving asset.

Update 8/2/16 - Additional partial payment of $10,308.57 received.

Update 6/17/16 -   Waters and Kraus, the counsel representing the asbestos claimants, has not been able to quantify possible future payment streams.  Since the last update, the estate as received 3 payments totaling $4,785.03.  However

Filed 03/30/18                          Case 14-23526                          Doc 97

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4
Exhibit 8

Case No:         14-23526      B    Judge: CHRISTOPHER D. JAIME        Trustee Name:                    Geoffrey Richards
Case Name:       DEAN, PEGGY ANNETTE                                   Date Filed (f) or Converted (c): 04/04/14 (f)
                                                                       341(a) Meeting Date:             05/13/14
                                                                       Claims Bar Date:                 09/12/14

the last payment received in May 2016 was only $479.55, so the payments appear to be diminishing. It is the trustee's intentions to collect payments through 2016 and then further assess the viability of future payments.

Update 11/16/15 - Information received with last payment was not helpful in determining future payment stream. Per conversation with HSM, the decision was made to allow subsequent payment to be made to further determine viability of payment stream. Estimated TFR has been revised to 12/21/16

Update 7/28/15 - Still attempting to quantify the nature and amount of the future payment stream. In conversation with attorney representing the asbestos settlement, we should receive a payment shortly. The accounting that accompanies the payment may assist in determining future cash flows.

Update 4 15 15- The debtor has agreed that all future payments be directed to the estate and signed an agreement directing those payments be made. We are attempting to quantify the cash flow stream and may look to selling the future collections.

In addition to claim listed on schedule B, Debtor is receiving stream of payments related to the death of father in various asbestos claims. Undisclosed asset has been asset to form 1 with an estimated value of $20,000. Trying to determine future value of settlements. HSM has been hired to represent estate.

Initial Projected Date of Final Report (TFR): 06/30/15          Current Projected Date of Final Report (TFR): 12/30/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-23526 -B | | Trustee Name: | Geoffrey Richards |
|---|---|---|---|---|
| Case Name: | DEAN, PEGGY ANNETTE | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******6796  Checking Account |
| Taxpayer ID No: | *******5739 | | | |
| For Period Ending: | 03/07/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/15 | 18 | Waters & Kraus, LLP<br>3219 McKinney Ave<br>Dallas, TX  75204 | Payment from WatersKruas for settlment with Wester MacArthur | 1249-000 | 1,354.15 | | 1,354.15 |
| 08/01/15 | 18 | Waters & Kraus<br>3219 McKinney Ave<br>Dallas, TX  75204 | Payment from Waters Kraus for settlement with A.P. Green Industries for espestos claim. Delay in deposit due to check being held by company atty. | 1249-000 | 786.80 | | 2,140.95 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,125.95 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,110.95 |
| 11/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,095.95 |
| 12/23/15 | 18 | Waters & Kraus, LLP<br>3219 McKinney Ave<br>Dallas, TX  75204 | Payment from Waters & Kraus for settlement with Fibreboard Corp.  Delay in deposit due to check not sent from Waters/Kraus until 12/15/15. | 1249-000 | 3,538.21 | | 5,634.16 |
| 12/28/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,619.16 |
| 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,604.16 |
| 01/27/16 | | International Sureties Ltd<br>701 Podras Street, Suite 420<br>New Orleans, LA 70139 | Bond Premium 2016 | 2300-000 | | 1.44 | 5,602.72 |
| 02/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,587.72 |
| 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,572.72 |
| 04/05/16 | 18 | Waters & Kraus, LLP<br>3219 McKinney Avenue<br>Dallas, TX  75204 | Additional payment for settlement with Fibreboard Corp. | 1249-002 | 767.27 | | 6,339.99 |
| 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,324.99 |
| 05/16/16 | 18 | Waters & Kraus, LLP<br>3219 McKinney Ave<br>Dallas, TX  75204 | Additional payment for settlement with Fibreboard Corp.  Check sent from Waters/Kraus May 10, thus reason for delay in deposit. | 1249-000 | 479.55 | | 6,804.54 |
| 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,789.54 |
| | | | Page Subtotals | | 6,925.98 | 136.44 | |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

| Case No: | 14-23526 -B | | Trustee Name: | Geoffrey Richards |
|---|---|---|---|---|
| Case Name: | DEAN, PEGGY ANNETTE | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******6796 Checking Account |
| Taxpayer ID No: | *******5739 | | | |
| For Period Ending: | 03/07/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,774.54 |
| 07/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,759.54 |
| 07/29/16 | 18 | Waters & Kraus, LLP<br>3219 McKinney Ave<br>Dallas, TX  75204 | Payment from Waters & Kraus for set tlement with Thorpe Insulation Company.  Delay in deposit due to check not mailed from WK until 7/19/16. | 1249-000 | 10,308.57 | | 17,068.11 |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 17,053.11 |
| 09/13/16 | 18 | Waters & Kraus, LLP<br>3219 McKinney Ave<br>Dallas, TX  75204 | Payment from Waters & Kraus for set tlement with Thorpe Insulation Company | 1249-000 | 5,454.29 | | 22,507.40 |
| 09/26/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 25.29 | 22,482.11 |
| 10/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 28.63 | 22,453.48 |
| 11/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 33.31 | 22,420.17 |
| 12/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 32.20 | 22,387.97 |
| 01/17/17 | | International Sureties Ltd<br>701 Podras Street, Suite 420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 8.78 | 22,379.19 |
| 01/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 33.22 | 22,345.97 |
| 02/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 33.26 | 22,312.71 |
| 03/20/17 | 18 | Waters & Kraus, LLP<br>3141 Hood Street, Suite 700<br>Dallas, TX  75219 | Payment from Waters & Kraus for set tlement with Burns & Roe | 1249-000 | 762.14 | | 23,074.85 |
| 03/20/17 | 18 | Waters & Kraus, LLP<br>3141 Hood Street, Suite 700<br>Dallas, TX  75219 | Payment from Waters & Kraus for set tlement with Armstrong World Industries, Inc. | 1249-000 | 1,181.88 | | 24,256.73 |
| 03/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 29.99 | 24,226.74 |
| 04/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 34.27 | 24,192.47 |
| 05/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 34.84 | 24,157.63 |
| 06/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 35.94 | 24,121.69 |
| | | | Page Subtotals | | 17,706.88 | 374.73 | |

Ver: 20.00g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-23526 -B | | Trustee Name: | Geoffrey Richards |
| Case Name: | DEAN, PEGGY ANNETTE | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******6796  Checking Account |
| Taxpayer ID No: | *******5739 | | | |
| For Period Ending: | 03/07/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 34.74 | 24,086.95 |
| 08/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 35.84 | 24,051.11 |
| 09/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 35.79 | 24,015.32 |
| 10/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 34.58 | 23,980.74 |
| 11/16/17 | 003001 | HEFNER, STARK and MARIOS, LLP<br>Attn: Aaron Avery<br>2150 River Plaza Drive, Suiite 450<br>Sacramento, CA 95833-3883 | Trustee Attorney Fees and Expense | | | 10,775.00 | 13,205.74 |
| | | | Fees           10,643.50 | 3210-000 | | | |
| | | | Expenses           131.50 | 3220-000 | | | |
| 02/07/18 | 003002 | GEOFFREY RICHARDS<br>PO Box 579<br>Orinda, CA 94563 | Claim 1T, Payment 100.000%<br>Trustee Compensation and Expense | | | 3,217.77 | 9,987.97 |
| | | | Fees            3,213.29 | 2100-000 | | | |
| | | | Expenses            4.48 | 2200-000 | | | |
| 02/07/18 | 003003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 23.072%<br>(1-1) Unsecured Debt | 7100-000 | | 317.22 | 9,670.75 |
| 02/07/18 | 003004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000002, Payment 23.071% | 7100-000 | | 1,066.82 | 8,603.93 |
| 02/07/18 | 003005 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000003, Payment 23.071%<br>(3-1) Account Number (last 4 digits):8933 | 7100-000 | | 1,072.55 | 7,531.38 |
| 02/07/18 | 003006 | Capital One, N.A.<br>c o Becket and Lee LLP | Claim 000004, Payment 23.071%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 433.68 | 7,097.70 |
| | | | Page Subtotals | | 0.00 | 17,023.99 | |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-23526 -B | Trustee Name: | Geoffrey Richards |
|---|---|---|---|
| Case Name: | DEAN, PEGGY ANNETTE | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******6796  Checking Account |
| Taxpayer ID No: | *******5739 | | |
| For Period Ending: | 03/07/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/18 | 003007 | POB 3001<br>Malvern, PA 19355-0701<br>US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>PO BOX 5229<br>CINCINNATI, OH 45201-5529 | Claim 000005, Payment 23.071% (5-1) Account Number (last 4 digits):3957 | 7100-000 | | 724.77 | 6,372.93 |
| 02/07/18 | 003008 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Claim 000006, Payment 23.071% | 7100-000 | | 1,076.78 | 5,296.15 |
| 02/07/18 | 003009 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Claim 000007, Payment 23.071% | 7100-000 | | 2,177.57 | 3,118.58 |
| 02/07/18 | 003010 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Claim 000008, Payment 23.071% | 7100-000 | | 3,118.58 | 0.00 |

|  |  | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| | COLUMN TOTALS | 24,632.86 | 24,632.86 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 24,632.86 | 24,632.86 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 24,632.86 | 24,632.86 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6796 | 24,632.86 | 24,632.86 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 24,632.86 | 24,632.86 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals　　　0.00　　　7,097.70

Ver: 20.00g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-23526 -B | Trustee Name: | Geoffrey Richards |
| Case Name: | DEAN, PEGGY ANNETTE | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******6796 Checking Account |
| Taxpayer ID No: | *******5739 | | |
| For Period Ending: | 03/07/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********6796

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 20.00g