AL MASSEY #172024
Trial Attorney
GREGORY S. POWELL #182199
Assistant United States Trustee
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 I Street, Suite 7-500
Saramento, CA 95814
Telephone: (916) 930-2100
Al.C.Massey@UST.DOJ.GOV

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:                                  CASE NO.14-23526-B-7

PEGGY ANNETTE DEAN

DCN: UST-1
CHAPTER 7 PROCEEDING
        Debtor(s).              No Hearing Requested
_____/

MOTION OF THE UNITED STATES TRUSTEE
TO REOPEN CASE

TO: THE HONORABLE CHRISTOPHER D. JAIME, BANKRUPTCY JUDGE:

COMES NOW THE UNITED STATES TRUSTEE, through undersigned counsel, respectfully requesting the Court as follows:

1. The above-referenced case was initially filed on April 4, 2014, and discharge was granted on October 27, 2014. Geoffrey Richards was appointed as the Trustee in the matter, and relieved by the Court when the case was closed.

2. Based upon the attached declaration of Geoffrey Richards, there appears to be good cause to reopen said case to administer additional assets.

3. As there appears to be assets which need to be liquidated and distributed to the creditors, the United States Trustee states that a Chapter 7 Trustee will need to be appointed in order to protect the interests of the creditors and to insure the efficient administration of the estate.

WHEREFORE, the United States Trustee prays the Court to ORDER the above case re-opened pursuant to 11 U.S.C. 350(b) so that these assets may be administered; and, that the Court find that a Trustee is necessary in this case, and directs that the United States Trustee so appoint a trustee, pursuant to Bankruptcy Rule 5010.

Dated:  July 19, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Allen C. Massey
　　　　　　　　　　　　　　　　　　　Assistant United States Trustee


　　　　　　　　　　　　　　　　　　　By:＿＿＿/s / Allen C. Massey＿＿＿


　　　　　　　　　　　　　　　　　　　Attorney for Tracy Hope Davis,
　　　　　　　　　　　　　　　　　　　United States Trustee